AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

RECEIVED
UNITED STATES MARSHALS
AUG 27 2019
DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL K. SINNAWI | ) | Case No. 1:19-mj-286-01 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL K. SINNAWI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute oxycodone, 21 USC 841(a)(1) & 841(b)(1)(C), and 18 USC 2

Date: Aug. 27, 2019

*Issuing officer's signature*

City and state: Bismarck, North Dakota

Clare R. Hochhalter, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8-27-19, and the person was arrested on *(date)* 8-28-19
at *(city and state)* Bismarck, ND.

Date: 8-28-19

*Arresting officer's signature*

SA Jeffry Buchler, DEA
*Printed name and title*